Robin SULLIVAN, Appellant,

v.

MOORE AUTOMOTIVE GROUP, INC., Respondent.

No. ED 80711.

Missouri Court of Appeals, Eastern District, Division Four.

March 11, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 2003.

Application for Transfer Denied May 27, 2003.

Robin L. Sullivan, Ballwin, David Baumann, Clayton, for appellant.

Jane C. Burns, St. Louis, for respondent.

Before WILLIAM H. CRANDALL, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Robin Sullivan appeals the judgment entered upon a jury verdict in favor of Moore Automotive Group on Sullivan's claim for negligent entrustment.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would

have no precedential value. We affirm the judgment under Rule 84.16(b).[1]

1. Respondent's motion to strike appellant's brief and dismiss appeal, taken with the case,